IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) Chapter 7 ) |
| DAMIEN AGUOCHA and OBIOMA ULUMMA AGUOCHA, | ) ) Case No. 18-10841-elf ) ) |
| Debtors. | ) ) |

**STIPULATION TO DISMISS APPLICATION OF THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND STAR REAL ESTATE TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328, 330 AND 506 FILED *AT D.I. 35 ONLY*__**

Gary F. Seitz, Esquire, Chapter 7 Trustee (the "Trustee") for Damien Aguocha Obioma Aguocha (the "Debtors"), and the Debtors hereby stipulate to the dismissal without prejudice of the Application of the Chapter 7 Trustee to Retain BK Global Real Estate Services and Star Real Estate with respect to property located at 2 Fawn Lane, Upper Chichester, PA 19061 filed on September 7, 2018 at D.I. 35 only.[1]

Provided the debtors are current in their mortgage payments on 2 Fawn Lane, Upper Chichester, PA 19061 at the close of this case, the trustee will not refile the above Application nor a motion to sell the above property.

Dated: 9/25/2018                    GELLERT SCALI BUSENKELL & BROWN LLC

By:    /s/ Holly S. Miller
Holly S. Miller, Esquire
*Counsel for Gary F. Seitz, Chapter 7 Trustee*


By:    /s/ Lawrence S. Rubin
Lawrence S. Rubin, Esquire
*Counsel for Debtors*

---

[1] The Trustee filed an Application to Retain BK Global Real Estate Services and Star Real Estate with respect to property located at 648 Kenmore Road, Philadelphia, PA 19151 on the same date at D.I. 33.