**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **In re:** | ) Chapter 7 |
|  | ) |
| **DAMIEN AGUOCHA and** | ) Case No. 18-10841-elf |
| **OBIOMA U. AGUOCHA,** | ) |
|  | ) |
| **Debtors.** | ) |
|  | ) |

**AMENDED NOTICE OF CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) BID PROCEDURES, (III) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, (IV) SECURED LENDER'S RIGHT TO CREDIT BID, AND (V) OTHER RELIEF**

Gary F. Seitz, Chapter 7 Bankruptcy Trustee, has filed a CHAPTER 7 TRUSTEE'S MOTION TO (I) APPROVE A SHORT SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS PURSUANT TO 11 U.S.C. § 363(b), (f), AND (m), (II) BID PROCEDURES, (III) SURCHARGE AGREEMENT BETWEEN SECURED LENDER AND THE ESTATE, (IV) SECURED LENDER'S RIGHT TO CREDIT BID, AND (V) OTHER RELIEF (THE "MOTION").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.     If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, on or before **21 days from the date of this Notice**, you or your attorney must do all of the following:

(a)     file an answer explaining your position at

Clerk of Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)     mail a copy to the movant's attorney:

Gary F. Seitz, Esquire  
Holly S. Miller, Esquire  
GELLERT SCALI BUSENKELL & BROWN, LLC  
8 Penn Center  
1628 John F. Kennedy Blvd., Suite 1901  
Philadelphia, PA 19103

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on **July 31, 2019 at 10:00 a.m. in Courtroom 1**, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: July 9, 2019

GELLERT SCALI BUSENKELL  
& BROWN, LLC

/s/ Holly S. Miller  
Gary F. Seitz, Esquire  
Holly S. Miller, Esquire  
8 Penn Center  
1628 John F. Kennedy Blvd., Suite 1901  
Philadelphia, PA 19103  
Phone: (215) 238-0012  
Fax: (215) 238-0016  
Email: gseitz@gsbblaw.com  
       hsmiller@gsbblaw.com

Counsel for the Chapter 7 Trustee