**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 18-10841-ELF |
| | § | |
| DAMIEN AGUOCHA | § | |
| OBIOMA ULUMMA AGUOCHA | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/06/2018. The undersigned trustee was appointed on 02/06/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                          $92,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $7,917.35 |
    | Bank service fees | $29.15 |
    | Other Payments to creditors | $79,084.73 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $4,968.77 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/22/2018 and the deadline for filing government claims was 06/22/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,850.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,000.00, for a total compensation of $3,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $111.50, for total expenses of $111.50.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/13/2021                           By:   /s/ Gary F. Seitz
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No.: | 18-10841-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | Date Filed (f) or Converted (c): | 02/06/2018 (f) |
| For the Period Ending: | 1/13/2021 | §341(a) Meeting Date: | 03/06/2018 |
| | | Claims Bar Date: | 06/22/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single-family home 2 Fawn Lan Boothwyn PA 19061 Delaware | $243,000.00 | $0.00 | | $0.00 | FA |
| 2 | 648 Kenmore Road Phila PA 19151 Philadelphia | $120,000.00 | $45,775.00 | | $92,000.00 | FA |
| **Asset Notes:** | tenant in place $850/mo. | | | | | |
| 3 | 2007 Nissan Pathfinder 210000 MILES | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 2012 Toyota Highlander 102000 MILES | $0.00 | $0.00 | | $0.00 | FA |
| 5 | 2004 Suzuki Grand Vitara 2400000 MILES | $500.00 | $500.00 | | $0.00 | FA |
| 6 | furniture and appliances | $1,500.00 | $0.00 | | $0.00 | FA |
| 7 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 8 | earring, costume jewlry | $100.00 | $0.00 | | $0.00 | FA |
| 9 | Cash | $200.00 | $0.00 | | $0.00 | FA |
| 10 | Wells Fargo 1787 | $800.00 | $800.00 | | $0.00 | FA |
| 11 | TD | $0.00 | $0.00 | | $0.00 | FA |
| 12 | Edward Jones | $400.00 | $0.00 | | $0.00 | FA |
| 13 | Pharmacists Life Damian Aguocha | $1.00 | $0.00 | | $0.00 | FA |
| 14 | Pharmacists Life Obioma Aguocha | $1.00 | $0.00 | | $0.00 | FA |
| 15 | Dembros Inc 100% | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**               **Gross Value of Remaining Assets**

$366,702.00            $47,075.00                              $92,000.00            $0.00

**Major Activities affecting case closing:**

06/29/2020   06/29/2020  Finalize TFR ~ monitor adversary.

3/30/2020 Finalize proposed distribution ~ inquiries to creditors slowed due to office shut down.  Monitor adversary proceeding.

12/30/2019 Claims review and professional fee apps.

9/30/2019  work toward closing and report of sale

6/30/2019  Working with short sale specialist and realtor toward short sale on real estate

_3/19/2019  Negotiating sales price - go over sales strategy with realtors.

12/30/2018   marketing ppty for sale and negotiating carve outs.

9/30/2018  BK Global and realtor interested in assignment - retain them to market ppty for sale and negotiate carve outs.

6-30-2018 Realtor reach out to sell 648 Kenmore Road Phila PA 19151 Philadelphia

3.30.2018 Change to asset case: prepare and file notice to change case to an asset case, prepare and file application to retain firm as general counsel to trustee, conflicts check and open new file.

| **Initial Projected Date Of Final Report (TFR):** | 12/30/2019 | /s/ GARY F. SEITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 11/30/2020 | GARY F. SEITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 18-10841-ELF | Trustee Name: | Gary F. Seitz |
|---|---|---|---|
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***4339 | Checking Acct #: | ******0155 |
| Co-Debtor Taxpayer ID #: | **-***4340 | Account Title: | CHECKING |
| For Period Beginning: | 2/6/2018 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/13/2021 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/26/2019 | | SINGLE SOURCE FBO CAULEY | closing proceeds 648 Kenmore DI 65 | * | $5,000.00 | | $5,000.00 |
| | {2} | | Gross sales proceeds DI 65          $92,000.00 | 1110-000 | | | $5,000.00 |
| | | | Real estate commission             $(5,195.00) | 3510-000 | | | $5,000.00 |
| | | | secured claim                     $(79,084.73) | 4110-000 | | | $5,000.00 |
| | | | Net adjusted closing costs         $(2,720.27) | 2500-000 | | | $5,000.00 |
| 02/20/2020 | 1001 | INTERNATIONAL SURETIES, LTD | Bond # 016026390 Ch 7 Blanket Bond EDPA | 2300-000 | | $2.08 | $4,997.92 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $87.46 | $4,910.46 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($87.46) | $4,997.92 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.19 | $4,990.73 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.41 | $4,983.32 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.16 | $4,976.16 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $7.39 | $4,968.77 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | | $5,000.00 | $31.23 | $4,968.77 |
| Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| **Subtotal** | | $5,000.00 | $31.23 | |
| Less: Payments to debtors | | $0.00 | $0.00 | |
| **Net** | | $5,000.00 | $31.23 | |

**For the period of 2/6/2018 to 1/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $92,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $92,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $87,031.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,031.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 08/12/2019 to 1/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $92,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $92,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $87,031.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,031.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

Page No: 2   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |  | |
|---|---|---|---|---|
| **Case No.** | 18-10841-ELF | | **Trustee Name:** | Gary F. Seitz |
| **Case Name:** | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | | **Bank Name:** | Pinnacle Bank |
| **Primary Taxpayer ID #:** | **-***4339 | | **Checking Acct #:** | ******0155 |
| **Co-Debtor Taxpayer ID #:** | **-***4340 | | **Account Title:** | CHECKING |
| **For Period Beginning:** | 2/6/2018 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/13/2021 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $5,000.00 | $31.23 | $4,968.77 |

**For the period of 2/6/2018 to 1/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $92,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $92,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $87,031.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,031.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/06/2018 to 1/13/2021**

| | |
|---|---|
| Total Compensable Receipts: | $92,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $92,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $87,031.23 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $87,031.23 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ GARY F. SEITZ

GARY F. SEITZ

| Case No.: | 18-10841-ELF | | | | | | Trustee Name: | Gary F. Seitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | | | | | | Date: | 1/13/2021 |
| Claims Bar Date: | 06/22/2018 | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GARY F. SEITZ<br><br>Gellert Scali Busenkell & Brown, LLC<br>The Curtis Center, 601 Walnut Street, Suite 750W<br>Philadelphia PA 19106 | 06/23/2020 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $7,850.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |

**Claim Notes:** 7850.00

| | GARY F. SEITZ<br><br>Gellert Scali Busenkell & Brown, LLC<br>The Curtis Center, 601 Walnut Street, Suite 750W<br>Philadelphia PA 19106 | 06/23/2020 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $111.50 | $111.50 | $0.00 | $0.00 | $0.00 | $111.50 |
| | SHELLPOINT MTGE | 09/26/2019 | Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $79,084.73 | $79,084.73 | $79,084.73 | $0.00 | $0.00 | $0.00 |
| | CLERK<br><br>Suite 400<br>900 Market Street<br>Robert NC Nix Building<br>Philadelphia PA 19107 | 11/17/2020 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**Claim Notes:** DI 74 $0

| | GELLERT SCALI BUSENKELL & BROWN LLC<br>8 PENN CENTER<br>1928 John F Kennedy Blvd<br>Suite 1901<br>PHILADELPHIA PA 19103 | 06/23/2020 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**CLAIM ANALYSIS REPORT**

Page No: 2     Exhibit C

| Case No.: | 18-10841-ELF | | Trustee Name: | Gary F. Seitz |
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | | Date: | 1/13/2021 |
| Claims Bar Date: | 06/22/2018 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | STAR REAL ESTATE 510 Walnut, Suite 100 Richard Astrella Philadelphia, PA 19106 | 09/26/2019 | Realtor for Trustee Fees (Real Estate Commissions) | Allowed | 3510-000 | $0.00 | $5,195.00 | $5,195.00 | $5,195.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | BK Global Real Estate Services To Procure Consented Public Sale | | | | | | | | | | | |
| | GELLERT SCALI BUSENKELL & BROWN LLC 8 PENN CENTER 1928 John F Kennedy Blvd Suite 1901 PHILADELPHIA PA 19103 | 06/23/2020 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | U. S. DEPARTMENT OF EDUCATION c/o FedLoan Servicing P. O. Box 69184 Harrisburg PA 17106-9184 | 04/11/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $180,333.11 | $180,333.11 | $0.00 | $0.00 | $0.00 | $180,333.11 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 2 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte NC 28272-1083 | 04/20/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $338.12 | $338.12 | $0.00 | $0.00 | $0.00 | $338.12 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 3 | SLF I, LLC C/O Navient Solutions, LLC. PO BOX 9640 Barre PA 18773-9640 | 04/25/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,776.57 | $3,776.57 | $0.00 | $0.00 | $0.00 | $3,776.57 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 4 | NAVIENT SOLUTIONS, LLC ON BEHALF OF Department of Education Loan Services PO BOX 9635 Barre PA 18773-9635 | 04/25/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $28,745.32 | $28,745.32 | $0.00 | $0.00 | $0.00 | $28,745.32 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |

CLAIM ANALYSIS REPORT  Page No: 3  Exhibit C

| Case No. | 18-10841-ELF | | | | | | | | | | Trustee Name: | Gary F. Seitz |
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | | | | | | | | | | Date: | 1/13/2021 |
| Claims Bar Date: | 06/22/2018 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | VERIZON<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City OK 73118 | 05/18/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,910.63 | $1,910.63 | $0.00 | $0.00 | $0.00 | $1,910.63 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 6 | NELNET<br>121 South 13th Street, Suite 201<br>Lincoln NE 68508 | 06/12/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $152,925.93 | $152,925.93 | $0.00 | $0.00 | $0.00 | $152,925.93 |
| **Claim Notes:** | (6-1) arrears &#036;1725.12  Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 7 | ROCHESTER DRUG COOPERATIVE, INC.<br>Bruce Bieber, Esq.<br>c/o Kurzman Eisenberg LLP<br>1 North Broadway<br>White Plains NY 10601 | 06/11/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $155,599.06 | $155,599.06 | $0.00 | $0.00 | $0.00 | $155,599.06 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 8 | ASHLEY FUNDING SERVICES, LLC ITS SUCCESSORS AND<br>assigns as assignee of Laboratory Corporation of America Holdings<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville SC 29603-0587 | 06/19/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $483.00 | $483.00 | $0.00 | $0.00 | $0.00 | $483.00 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| 9 | LVNV FUNDING LLC<br>C/O RESURGENT CAPITAL SERVICES<br>P.O. Box 10675<br>Greenville SC 29603-0675 | 06/21/2018 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $835.97 | $835.97 | $0.00 | $0.00 | $0.00 | $835.97 |
| **Claim Notes:** | Reviewed claim - no issues. GFS | | | | | | | | | | | |
| | | | | | | $617,188.94 | $612,338.94 | $84,279.73 | $0.00 | $0.00 | | $528,059.21 |

# CLAIM ANALYSIS REPORT

| Case No.: | 18-10841-ELF | Trustee Name: | Gary F. Seitz |
| Case Name: | AGUOCHA, DAMIEN AND AGUOCHA, OBIOMA ULUMMA | Date: | 1/13/2021 |
| Claims Bar Date: | 06/22/2018 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Attorney for Trustee Fees (Trustee Firm) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured § 726(a)(2) | $524,947.71 | $524,947.71 | $0.00 | $0.00 | $0.00 | $524,947.71 |
| Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI) | $79,084.73 | $79,084.73 | $79,084.73 | $0.00 | $0.00 | $0.00 |
| Realtor for Trustee Fees (Real Estate Commissions) | $5,195.00 | $5,195.00 | $5,195.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $7,850.00 | $3,000.00 | $0.00 | $0.00 | $0.00 | $3,000.00 |
| Trustee Expenses | $111.50 | $111.50 | $0.00 | $0.00 | $0.00 | $111.50 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:     18-10841-ELF
Case Name:    DAMIEN AGUOCHA
              OBIOMA ULUMMA AGUOCHA
Trustee Name: Gary F. Seitz

Balance on hand:     $4,968.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| | Shellpoint Mtge | $79,084.73 | $79,084.73 | $79,084.73 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $4,968.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gary F. Seitz, Trustee Fees | $3,000.00 | $0.00 | $3,000.00 |
| Gary F. Seitz, Trustee Expenses | $111.50 | $0.00 | $111.50 |
| Other: Real estate commission, Realtor for Trustee Fees | $5,195.00 | $5,195.00 | $0.00 |

Total to be paid for chapter 7 administrative expenses:     $3,111.50
Remaining balance:     $1,857.27

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $1,857.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,857.27 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $524,947.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | U. S. Department of Education | $180,333.11 | $0.00 | $638.02 |
| 2 | Capital One Bank (USA), N.A. | $338.12 | $0.00 | $1.20 |
| 3 | SLF I, LLC c/o | $3,776.57 | $0.00 | $13.36 |
| 4 | Navient Solutions, LLC on behalf of | $28,745.32 | $0.00 | $101.70 |
| 5 | Verizon | $1,910.63 | $0.00 | $6.76 |
| 6 | Nelnet | $152,925.93 | $0.00 | $541.05 |
| 7 | Rochester Drug Cooperative, Inc. | $155,599.06 | $0.00 | $550.51 |
| 8 | Ashley Funding Services, LLC its successors and | $483.00 | $0.00 | $1.71 |
| 9 | LVNV Funding LLC C/O Resurgent Capital Services | $835.97 | $0.00 | $2.96 |

|  | Total to be paid to timely general unsecured claims: | $1,857.27 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**